CK# 107
rcpt# 128099

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

| | |
|---|---|
| In the matter of: | Case No. 08-33932 |
| SOUTHWARD, VICKI LOU | Chapter 7 |
| HARRY'S, HUNGRY | Judge RICHARD L. SPEER |
| Debtor. | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No <u>107</u> in the amount of $<u>4.81</u>.

The dividend relates to the following claimant:

| **Claimant** | **Amount** |
|---|---|
| Golden Graphics<br>314 West Franklin Street, P.O. Box 208<br>Kenton, OH 43326 | $ 4.81 |
| Total: | $ 4.81 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437

